IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JESSE LUGARO,

    Plaintiff,

v.                           Civil Action No. 3:16CV260

DR. ABDUL JAMALUDEEN, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 27, 2016, the Court conditionally docketed Jesse Lugaro's civil action. The May 27, 2016 Memorandum Order warned Lugaro that the Court would dismiss the action if he failed to keep the Court informed of his current address. On October 13, 2016, the Court directed Lugaro to file a particularized complaint. On October 20, 2016, the United States Postal Service returned the October 13, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Lugaro has not contacted the Court to provide a current address. Lugaro's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Lugaro.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: November 9, 2016
Richmond, Virginia